UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICIA ANN EVERETT,

    Plaintiff,

    v.

LEWIS AND CLARK COMMUNITY COLLEGE,
SOUTHERN ILLINOIS UNIVERSITY
EDWARDSVILLE, TENNESSEE
TECHNOLOGICAL UNIVERSITY and
NORTHERN ILLINOIS UNIVERSITY,

    Defendants.

Case No. 11-cv-1126-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on review of plaintiff Patricia Ann Everett's complaint (Doc. 2). In light of Seventh Circuit admonitions, *see*, *e.g.*, *America's Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072 (7th Cir. 1992), the Court has undertaken a rigorous initial review of pleadings to ensure that jurisdiction has been properly pled. The Court is unable to discern in Everett's complaint a cause of action over which the Court has subject matter jurisdiction. Accordingly, the Court **DISMISSES** Everett's complaint **without prejudice** and with leave to file an amended complaint on or before February 3, 2012. The Court further **DIRECTS** the Clerk of Court to send Everett a copy of the Court's Pro Se Litigant Guide along with this order. In her amended complaint, Everett should specify the basis for this Court's subject matter jurisdiction (see § II.A. of the Guide) and should describe the conduct of each defendant that she claims violated her rights. The Court strongly encourages Everett to seek legal assistance at the agencies listed in § II.C. of the Guide or an attorney of her choosing. Should Everett fail to amend her complaint on or before February 3, 2012, the Court will direct the Clerk of Court to close this case. The Court **RESERVES RULING** on Everett's motions for

leave to proceed *in forma pauperis* (Doc. 3), for appointment of counsel (Doc. 4) and for service of process at government expense (Doc. 4) pending receipt of an amended complaint showing the Court's subject matter jurisdiction.

**IT IS SO ORDERED.**
**DATED:  January 9, 2012**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**