UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICIA ANN EVERETT,

    Plaintiff,

  v.

LEWIS AND CLARK COMMUNITY COLLEGE,
SOUTHERN ILLINOIS UNIVERSITY EDWARDSVILLE,
TENNESSEE TECHNOLOGICAL UNIVERSITY and
NORTHERN ILLINOIS UNIVERSITY,

    Defendants.

Case No. 11-cv-1126-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on review of plaintiff Patricia Ann Everett's amended complaint (Doc. 8). On December 21, 2011, Everett filed a complaint (Doc. 2) in which the Court was unable to discern a cause of action over which it had subject matter jurisdiction. On January 9, 2012, the Court dismissed Everett's complaint without prejudice and with leave to file an amended complaint (Doc. 7). The Court further directed the Clerk of Court to send Everett a copy of the Court's Pro Se Litigant Guide, which the Clerk did, and advised Everett that in her amended complaint she should specify the basis for this Court's subject matter jurisdiction and should describe the conduct of each defendant that she claims violated her rights. Everett filed an amended complaint, but the Court is still unable to discern a basis for federal subject matter jurisdiction. There is no indication the parties are diverse or that more than $75,000 is in issue, no hint of a federal question and no other allegation suggesting any other basis for federal subject matter jurisdiction. For these reasons, the Court **DISMISSES** this case for **lack of jurisdiction** and **DIRECTS** the Clerk of Court to close this case. Although there is no federal jurisdiction, Everett may still attempt to pursue her claims in state court.

**IT IS SO ORDERED.**
**DATED: February 14, 2012**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**